**Dismissed and Memorandum Opinion filed April 1, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01054-CR

## EX PARTE PATRICIA LORRAINE HOPSON

**On Appeal from the County Criminal Court at Law No. 10
Harris County, Texas
Trial Court Cause No. 1904028**

## M E M O R A N D U M    O P I N I O N

Appellant is appealing pro se from the denial of her application for a writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. On March 10, 2014, appellant filed a letter in this court stating that she intends to dismiss her appeal. We have construed the letter as a motion to withdraw the notice of appeal and dismiss the appeal. *See* Tex. R. App. P. 2 (permitting the court to suspend a rule's operation to expedite a decision or for other good cause); 42.2 (permitting dismissal of appeal before issuance of an opinion when appellant files a signed motion). Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).